UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JASON DARR,

        CASE NO.: 3:23-CV-1320-TJC-LLL

    Plaintiff,

v.

JEA,

    Defendant.

_____/

**JOINT MOTION FOR A SETTLEMENT CONFERENCE BEFORE A
UNITED STATES MAGISTRATE JUDGE**

Plaintiff, JASON DARR, and Defendant, JEA, by and through their undersigned attorneys, pursuant to the Court's Case Management and Scheduling Order and Referral to Mediation (Doc. 21), and Local Rule 3.01 of the United States District Court for the Middle District of Florida, file their Joint Motion for a Settlement Conference before a United States Magistrate Judge, and in support state as follows:

In lieu of conducting mediation before Ms. Kathryn C. Peek as previously agreed and ordered (Doc. 21 at 1), the Parties respectfully request that the Court permit the Parties to engage in a settlement conference before one of the United States Magistrate Judges within the Jacksonville Division.

With the benefit of substantial discovery, and after conferral, the Parties believe that a confidential settlement conference before a Magistrate Judge would provide the best opportunity for a resolution of this matter.

WHEREFORE, the Parties respectfully request a settlement conference before a United States Magistrate Judge, to take place on a mutually agreeable date between the Parties and the Court, on or before the October 30, 2024, mediation deadline.

Respectfully submitted this 1st day of October 2024.

| | |
|---|---|
| By: *s/ James C. Poindexter* | By: *s/ James D. McGuire* |
| T.A. "Tad" Delegal, III | Lori K. Mans |
| Florida Bar No. 0892701 | Florida Bar No. 12024 |
| tad@delegal.net | Lori.Mans@jacksonlewis.com |
| James C. Poindexter | James D. McGuire |
| Florida Bar No. 116039 | Florida Bar No. 1032198 |
| james@delegal.net | James.McGuire@jacksonlewis.com |
| Alexandra E. Underkofler | |
| Florida Bar No. 1018209 | JACKSON LEWIS PC |
| alex@delegal.net | 501 Riverside Avenue, Suite 902 |
| | Jacksonville, FL 32202 |
| DELEGAL & POINDEXTER, PA | Telephone: (904) 638-2655 |
| 424 East Monroe Street | Facsimile: (904) 638-2656 |
| Jacksonville, Florida 32202 | |
| Telephone: (904) 633-5000 | *Attorneys for Defendant* |
| Facsimile: (904) 358-2850 | |
| | |
| *Attorneys for Plaintiff* | |

4864-9617-7641, v. 1