UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JASON DARR,

    Plaintiff,

v.

                                                                          Case No. 3:23-cv-1320-TJC-LLL

JEA,

    Defendant.

## **O R D E R**

**THIS CASE** is before the Court on the Joint Motion for a Settlement Conference Before a United States Magistrate Judge (Doc. 27).

Accordingly, it is hereby

**ORDERED:**

1. The Joint Motion for a Settlement Conference Before a United States Magistrate Judge (Doc. 27) is **GRANTED**.

2. The Parties will have a settlement conference with the Honorable Laura L. Lambert, United States Magistrate Judge. The Parties will confer and email Judge Lambert's chambers at chambers_FLMD_Lambert@flmd.uscourts.gov with proposed dates.

3. The case is **REMOVED** from the May 2025 trial calendar and the pretrial conference previously scheduled for April 23, 2025, is **CANCELLED**.

4. Other deadlines and settings from the Case Management and Scheduling Order (Doc. 21) are vacated. If the case is not resolved at the settlement conference, the Parties have **TEN DAYS** thereafter to submit a joint status report with proposed dates for an amended Case Management and Scheduling Order.

**DONE AND ORDERED** in Jacksonville, Florida the 15th day of October, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

ddw
Copies:

Hon. Laura L. Lambert
Counsel of record