UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JASON DARR,

    Plaintiff,

v.

                                            Case No. 3:23-cv-1320-TJC-LLL

JEA,

    Defendant.

## ORDER

Upon review of the Joint Stipulation of Dismissal with Prejudice (Doc. 33), filed on January 31, 2025, this case is dismissed with prejudice. The file remains closed.

**DONE AND ORDERED** in Jacksonville, Florida the 3rd day of February, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

ddw
Copies:

Counsel of record